1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL SATTARI,<br><br>    Plaintiff,<br><br>WASHINGTON MUTUAL., a Washington<br>Corporation, and DOES I through X and<br>and ROES I through X,<br><br><br>    Defendants. | 2:09-cv-00768-KJD-PAL<br><br>**ORDER EXPUNGING<br>NOTICES OF LIS PENDENS** |

The Court, having considered the Motion to Expunge Notices of Lis Pendens filed with the Court by JPMorgan Chase Bank, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, acting as Receiver, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

    (i)    the Notice of Lis Pendens recorded by Plaintiff on May 8, 2009, in the Official Records of the Clark County, Nevada Recorder, as Document No. 20090508-0005340 (a copy of which is attached hereto as **Exhibit 1**) is hereby expunged and fully discharged, and is of no further force and effect for any purposes;

    (ii)    the Notice of Lis Pendens recorded by Plaintiff on May 19, 2009, in the Official Records of the Clark County, Nevada Recorder, as Document No. 20090519-0003796 (a copy of which is attached hereto as **Exhibit 2**) is hereby expunged and fully discharged, and is of no further force and effect for any purposes; and,

    (iii)    the real property located at 6533 White Swan Circle, Las Vegas, Nevada 89108 (APN 138-26-210-002) (the "Property"), which was the subject of this action, is fully exonerated from the referenced Notices of Lis Pendens.

Dated this _30th_ day of _January_____, 2012.

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 1**

C3

```
20090508-0005340

Fee: $16.00
N/C Fee: $25.00
05/08/2009        16:38:14
T20090163706
Requestor:
 M SATTARI

Debbie Conway        AEA
Clark County Recorder  Pgs: 3
```

APN# 138-26-210-002

11-digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

## Type of Document

(Example: Declaration of Homestead, Quit Claim Deed, etc.)

NOTICE OF LiS PENDENS

**Recording Requested By:**

DR. MICHAEL SATTARi

**Return Documents To:**

Name   DR MICHAEL SATTARi

Address   1421 N. JONES BLVD.

City/State/Zip   LV NV. 89108

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CCOR_Coversheet.pdf ~ 06/06/07

1

Michael Sattari
6533 White Swan Cir.
2  Las Vegas, Nevada 89108
Telephone(702) 366-0707
3  Plaintiff in Proper Person

4

# UNITED STATES DISTRICT COURT
5  ### for the
### DISTRICT OF NEVADA
6

7

8  MICHAEL SATTARI,                                    )

9              Plaintiff,                              )        Civil Action  No. 09LVTC026347

10  WASHINGTON MUTUAL,  a Washington            )
Corporation,                                         )
11                                                    )
DOES I through X and ROES I through X        )
12                                                    )
            Defendants,                              )
13  _____)

14                      **NOTICE OF LIS PENDENS**

15        NOTICE IS HEREBY GIVEN that a Complaint for Quiet Title to Real property

16  and Wrongful Foreclosure etc. has been filed in the above-entitled Court on May 1st , 2009 by the

17  foregoing Plaintiff against the foregoing Defendants.

18        The said premises affected by this action are situate in Clark County, Nevada as follows:

19        RAINBOW VISTA NO. 13-B, LEWIS HOMES  PLATS BOOK 47, PAGE 64 LOT 954 BLOCK Q
          IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA
20        APN 138-26-210-002.

21        COMMONLY KNOWN AS: 6533 WHITE SWAN CIR.,  LAS VEGAS, NV 89108

22

23        IN WITNESS WHEREOF,    I have hereunto set my hand this 7 day of May, 2009

24

25

26        Michael Sattari
          6533 White Swan Cir.
27        Las Vegas, Nevada 89108
          Telephone(702) 366-0707
28        Plaintiff in Proper Person

                                        1

1  STATE OF NEVADA              )
                                )ss.
2  COUNTY OF CLARK              )

3     On the 7th day of May, 2009, Michael Sattari,  personally appeared before me, a Notary

4  Public and personally known to me to be the person whose name is subscribed to the above

5  instrument who acknowledged that he executed the Notice of Lis Pendens instrument.

6

7  _____
   Notary Public
8
                                                S. P. ANIL
                                       Notary Public, State of Nevada
9                                      Appointment No. 02-75542-1
                                       My Appt. Expires May 24, 2010

10

11 RECORDING REQUESTED BY AND MAIL TO:          SPACE BELOW FOR RECORDERS USE

12     Michael Sattari
       6533 White Swan Cir.
13     Las Vegas, Nevada 89108

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                            2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 2**

20090519-0003796

Fee: $17.00
N/C Fee: $0.00

05/19/2009          14:31:25
T20090175281
Requestor:
M SATTARI

Debbie Conway          DOM
Clark County Recorder  Pgs: 4

APN# 1 3 8 - 2 6 - 2 1 0 - 0 0 2
11 digit number may be obtained at:
http://sandgate.co.clark.nv.us/cicsAssessor/ownr.htm

_____

_____

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

**RE-RECORDED**

Notice of Lis Pendens
    Recorded Filed Lis Pendens

Recording requested by:
    Dr. Michael Sattari

Return to:

Name   Dr. Michael Saffar

Address   1421 N. Jones Blvd.

City/State/Zip   L.V. NV. 89108

_____

This page added to provide additional information required by NRS 111.312 Sections 1-2
(An additional recording fee of $1.00 will apply.)

This cover page must be typed or printed clearly in black ink only.

CS12/03



**20090508-0005340**

Fee: $16.00
N/C Fee: $25.00

05/08/2009          16:38:14
T20090163706
Requestor:
M SATTARI

Debbie Conway          AEA
Clark County Recorder  Pgs: 3

APN# *138-26-210-002*

11-digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

*NOTICE OF LiS PENDENS*

*RERECORD FiLED LiS*

**Recording Requested By:**

*DR. MiCHAEl SATTARi    PENDENS*

**Return Documents To:**

**Name** *DR MiCHAEl SATTARi*

**Address** *1421 N. JONES BLVD.*

**City/State/Zip** *LV NV. 84108*

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CCOR_Coversheet.pdf ~ 06/06/07

Michael Sattari
6533 White Swan Cir.
Las Vegas, Nevada 89108
Telephone(702) 366-0707
Plaintiff in Proper Person

FILED ___RECEIVED
___ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

2009 MAY 19 P 1:19

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF NEVADA

2:09CV 768

MICHAEL SATTARI,

        Plaintiff,

WASHINGTON MUTUAL, a Washington
Corporation,

DOES I through X and ROES I through X

        Defendants,

Civil Action No. 09LVTC026347

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that a Complaint for Quiet Title to Real property and Wrongful Foreclosure etc. has been filed in the above-entitled Court on May 1st , 2009 by the foregoing Plaintiff against the foregoing Defendants.

The said premises affected by this action are situate in Clark County, Nevada as follows:

RAINBOW VISTA NO. 13-B, LEWIS HOMES PLATS BOOK 47, PAGE 64 LOT 954 BLOCK Q IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA APN 138-26-210-022.

COMMONLY KNOWN AS: 6533 WHITE SWAN CIR., LAS VEGAS, NV 89108

IN WITNESS WHEREOF,   I have hereunto set my hand this 7 day of May, 2009

Michael Sattari
6533 White Swan Cir.
Las Vegas, Nevada 89108
Telephone(702) 366-0707
Plaintiff in Proper Person

1

1  STATE OF NEVADA        )
                          )ss.
2  COUNTY OF CLARK        )

3      On the 7th day of May, 2009, Michael Sattari, personally appeared before me, a Notary

4  Public and personally known to me to be the person whose name is subscribed to the above

5  instrument who acknowledged that he executed the Notice of Lis Pendens instrument.

6

7  _____                    S. P. ANIL
   Notary Public                          Notary Public, State of Nevada
8                                         Appointment No. 02-75842-1
                                          My Appt. Expires May 24, 2010
9

10

11 RECORDING REQUESTED BY AND MAIL TO:              SPACE BELOW FOR RECORDERS USE

12     Michael Sattari
       6533 White Swan Cir.
13     Las Vegas, Nevada 89108

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                2